



# MEMORANDUM OPINION

No. 04-11-00239-CV

In the **MATTER OF L.K.T.S.**, A Child

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-JUV-02048B
Honorable Carmen Kelsey, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  May 18, 2011

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). No costs shall be assessed against appellant because she is indigent. *See* TEX. R. APP. P. 20.1.

PER CURIAM